# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN FIGUEROA, | Case No. 2:12-cv-05057-R-PLA |
| Plaintiff, | |
| v. | ORDER RE: JOINT STIPULATION FOR DISMISSAL *with prejudice* |
| JOJO'S CALIFORNIA FAMILY RESTAURANTS, INC., et al., | |
| Defendants. | |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Edwin Figueroa and defendant Hemet West,

IT IS HEREBY ORDERED that the above-entitled action is dismissed *with prejudice* in its entirety.

Dated: _January 24, 2013__

_____
United States District Judge